AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

**FILED**

**May 15, 2020**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ANDREW PHILIP REICH | ) | 3:20-MJ-465-BK |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the ____Northern____ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production of a visual depiction of a minor engaged in sexually explicit conduct; used, persuaded, induced, and enticed, and knowingly attempted to use, persuade, induce, and entice Jane Doe #1, a person under the age of eighteen (18) years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, by using a Samsung S10+ smartphone to create visual depictions of Jane Doe #1, a minor who was then 7-years-old, engaged in sexually explicit conduct and the lascivious exhibition of the genitals of Jane Doe #1 |
| 18 U.S.C. § 2256 | |

This criminal complaint is based on these facts:

See attached Affidavit of SA Christopher W. Thompson.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher W. Thompson, SA, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date:    May 15, 2020

_____
*Judge's signature*

City and state:    Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

Division and have been employed as a Special Agent of the FBI since April 2004.   As a federal

agent, I am authorized to investigate violations of laws of the United States and to execute

warrants issued under the authority of the United States.   I am currently assigned to a Child

Exploitation Task Force, wherein my duties and responsibilities include investigating criminal

violations relating to the sexual exploitation of children (SEOC).   I have gained expertise in

these types of investigations through training in seminars, classes, and my everyday work.   In

addition, I have received specialized training in the investigation and enforcement of federal

child pornography laws in which computers are used as the means for transmitting, collecting

and storing child pornography.

2.      The information contained in this affidavit is based on my personal knowledge and

experience, my own investigation, and information provided by other law enforcement officers

and/or agents.   Since this affidavit is being submitted for the limited purpose of securing an

arrest warrant, I have not included each and every fact known to me concerning this

investigation.   I have set forth only the facts that I believe are necessary to establish probable

cause to believe that a violation of production of a visual depiction of a minor engaged in

sexually explicit conduct, in violation of 18 U.S.C. § 2251(a) and (e), has been committed by

**Andrew Philip Reich**.

## OVERVIEW OF INVESTIGATION

3.      On or about May 14, 2020, a law enforcement officer acting in an undercover

capacity (UCO) was utilizing the Kik Messenger application in a group identified here only as

"Group A."   This group is known to the UCO as a place where people meet, discuss and trade

apr38880 responded, "Everything. Cant get dick in her yet but working on stretching her with my pinky." The UCO asked apr38880 which daughter and he responded, "7." apr38880 also stated that he licks his 2 year-old daughter's vagina and gets his 7 year-old daughter to lick her vagina as well.

7.      apr38880 then sent the UCO two images of his daughters. The first image depicts a toddler age girl standing on the seat of a golf cart. The child is wearing shorts and a t-shirt. The second image depicts his 7 year-old daughter. The child is standing on a beach wearing a one piece bathing suit.

8.      During the course of the chat the UCO asked apr38880, "All your pics G or u have naughty?" apr38880 responded, "Have a few naughty". apr38880 described the images as "her spreading lips and me pulling panties aside. " apr38880 further stated, "got a clip of her sucking me too." apr38880 then sent the UC the following images that he described as his daughter:

- An image of a prepubescent child wearing white with blue striped panties with a purple trim. The image is from the stomach down and focuses on the child's vagina (panties on).

- An image of the same prepubescent child wearing the same panties. What appears to be a male's hand is pulling the child's panties to the side exposing the child's bare genitals. His fingers are touching the girl's genitals.  The child's face is not visible.

- An image of the same prepubescent child pulling her panties to the side and spreading her bare genitals with her fingers.  The child's face is not visible.

11.     The FBI searched the Facebook profile of his wife.  Found in this user's Facebook account were numerous photographs of his wife and her children.  apr38880 sent non-child pornographic images to the UCO of his girls, and these identical photos can be found in the wife's Facebook account.  In one recent photo on Facebook, an image of a girl approximately age 7 is observed and she is wearing the same charm necklace seen in the child pornographic image described in paragraph 29 above.

12.     User apr38880 told the UCO that he has a secret calculator app on his phone with a passcode to hide all of his "material."  apr38880 stated that the app is encrypted and works as a calculator.  apr38880 also identified his work and personal cell phone numbers as 480-584-9187 (work) and 817-933-3062 (personal).

13.     A commercial data base check revealed that the personal phone number 817-933-3062 resolves to Andrew Philip Reich.   A Texas Driver's License photo of Andrew Philip Reich is a visual match to the live photo that apr38880 sent to the UCO. Reich's wife, was listed as a point of contact on his Driver's License.

14.     On May 14, 2020, Kik Messenger responded to an exigent request for information on Kik username apr38880.  Kik identified the user as follows:

- First Name: Andrew

- Last Name: P

- Email: andrew.reich@outlook.com (unconfirmed)

- Username: apr38880

Complaint - Page 6

19.     Based on the foregoing, on for about May 13, 2020, in the Dallas Division of the

Northern District of Texas, the defendant, **Andrew Philip Reich**, used, persuaded, induced, and

enticed, and knowingly attempted to use, persuade, induce, and entice Jane Doe #1, a person

under the age of eighteen (18) years, to engage in sexually explicit conduct for the purpose of

producing visual depictions of such conduct, which were produced using materials that had been

mailed, shipped, and transported in or affecting interstate or foreign commerce by any means,

including by computer, by using a Samsug S10+ smartphone to create, and attempt to create,

visual depictions of Jane Doe #1, a minor who was then 7-years-old, engaged in sexually

explicit conduct and the  lascivious exhibition of the genitals of Jane Doe #1, as defined in 18

U.S.C. § 2256.


Christopher W. Thompson
Special Agent
Federal Bureau of Investigation


Subscribed and sworn before me this 15th day of May 2020 in Dallas, Texas at   10:47 am
a.m.


RENEE HARRIS TOLIVER
United States Magistrate Judge


Complaint - Page 8